# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jazmine Williams | ) | Case No. 3:19-MJ-851-BN |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 18, 2019__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit of FBI TFO Meagan Mulvihill

☑ Continued on the attached sheet.

_M. Mulvihill_
Complainant's signature

Meagan Mulvihill, FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/19/2019

_Judge's signature_

City and state: Dallas, Texas
David L. Horan, United States Magistrate Judge
Printed name and title

AFFIDAVIT

I, Meagan Mulvihill, am an officer with the Dallas Police Department (DPD) assigned to the Federal Bureau of Investigation (FBI) Violent Crime Task Force, located in Dallas, Texas. I have been a Peace Officer with DPD for 12 years and I have been assigned to the Robbery Unit for 6 years. I have been assigned to the FBI Task Force for 2 years with my primary duties being to investigate bank robberies. This affidavit is made in support of an arrest warrant, via criminal complaint, for Jazmine Williams, a black female, date of birth \*\*/\*\*/1986, for the offense of bank robbery, in violation of 18 U.S.C. § 2113(a).

This affidavit is based on my personal knowledge and information provided to me by other law enforcement officers who participated in this investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

## Overview

On September 18, 2019, the BBVA Compass Bank located at 2307 W. Illinois Avenue, Dallas, Texas, a location within the Dallas Division of the Northern District of Texas (NDTX), was robbed by a black female suspect later identified as Jazmine Williams. At the time of the robbery, the deposits of BBVA Compass Bank were insured by the Federal Deposit Insurance Corporation (FDIC).

## FACTS

On September 18, 2019, I was notified that the BBVA Compass Bank located at 2307 W. Illinois Avenue, Dallas, Texas, was robbed by a black female identified as Jazmine Williams who was currently in Dallas Police custody.

I proceeded to the BBVA Compass Bank and interviewed the victim teller, J.R., who stated that she was behind the teller counter when an individual, later identified as Williams, approached her teller station. J.R. greeted Williams and asked how she could help her (Williams). Williams said, "Ok," and passed a robbery note upside down under the teller window. The robbery note read "ALL THE MONEY IN THE DRAWER NO DYE PACKS GUN!!!" J.R. looked up at Williams and saw her motion to a bank bag that she was holding. J.R. thought Williams was motioning that the gun was in the bag, so J.R. complied and began getting money from her teller drawer. J.R. realized she had a large sum of money in her drawer and "pinched" bills from each denomination in an effort to look like she was turning over all of the money in her drawer. J.R. gave the money to Williams and Williams stared at her briefly before turning to walk away from the counter. J.R. motioned to an on-duty Security Guard, K.L., who was standing in the lobby to stop Williams. J.R. pressed a button to activate a silent alarm that subsequently notified Dallas Police Department and J.R. also called 911 herself to report the offense. K.L. was still speaking with Williams in the bank lobby when Dallas Police Officers arrived on scene and arrested Williams. I spoke with BBVA Compass Bank personnel and determined that Williams had taken a total of $429.00 in U.S. currency.

I interviewed K.L., who stated he saw Williams enter the bank approximately five minutes prior to the robbery, briefly wait in line, and then exit the first set of double doors. Williams turned around between two sets of double doors a couple of times, causing K.L. to begin to walk towards her to inquire if she needed any help. K.L noted that Williams was walking in a manner – struggling and shaky - that caused him to think she had a medical issue. K.L. made contact with Williams as she exited the bank onto the front sidewalk and asked if she was OK. Williams responded that she was fine and K.L. returned to the bank lobby. K.L. could see through a window that Williams paced on a sidewalk on the east side of the bank for a few minutes before re-entering the bank. Williams walked to the teller counter with a white bank bag in her hand and K.L. initially thought she was conducting a routine transaction. As Williams began to walk away from the teller counter K.L. saw J.R. motioning to him to stop Williams and he stopped her before she exited the building. K.L. didn't realize that a robbery had just occurred so he asked Williams what was going on, to which Williams responded that she had "family issues." Williams told K.L. she had "M.S." and three children ages 9, 8, and 6 that she was trying to care for while she was ill. K.L still did not realize that Williams had just robbed the bank until Dallas Police Officers walked into the bank and arrested her.

Dallas Police Crime Scene responded to the scene and photographed the scene and collected the robbery note for evidence (see note below).



The $429.00 in U.S. currency taken during the robbery was released back to BBVA Compass Bank at the scene.

Williams was read her Miranda Warning by TFO Stephen Prince and agreed to speak with TFO Prince about the bank robbery. Williams admitted having robbed the bank. Williams stated that she wrote the note and entered the business to present the note to the teller. She stated that she found a plastic BBVA Compass bag on the ground and that she had the teller place the money belonging to the bank in the plastic bag. Williams stated that her only medical condition was schizophrenia and that she was taking her medication as prescribed at the time of the offense.

The offense was captured on surveillance cameras. Williams was stopped by bank security prior to leaving the bank and was arrested inside the bank by Dallas Police Officers. A gun was not observed during the offense or recovered during the arrest.

Williams Complaint Affidavit – Page 4

## CONCLUSION

Based on the above-mentioned facts and circumstances, I believe that there is probable cause to believe that on or about September 18, 2019, Jazmine Williams, date of birth xx-xx-1986, knowingly and intentionally committed a violation of 18 U.S.C. § 2113(a), that is, bank robbery, at the BBVA Compass Bank located at 2307 W Illinois Ave, Dallas, Texas, a location within the Northern District of Texas.

Accordingly, I request that the Court issue an arrest warrant, via criminal complaint, for the arrest of Jazmine Williams.

Meagan Mulvihill
Task Force Officer, FBI
Dallas, Texas

Subscribed and sworn to before me on September 19th, 2019

HON. DAVID L. HORAN
NORTHERN DISTRICT OF TEXAS
UNITED STATES MAGISTRATE JUDGE